United States District Court
Southern District of Texas
**ENTERED**
February 05, 2025
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE D. ROCHA SANTIAGO, § <br> "Plaintiff," § <br> § <br> v. § <br> § <br> NORMA LIMON, *Harlingen Field Officer* § <br> *Director, United States Citizenship and* § <br> *Immigration Services*, § <br> "Defendant." § | Civil Action No. 1:24-cv-00088 |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Dkt. No. 16). The R&R recommends this Court (1) grant Defendant's "Motion to Dismiss" ("MTD") (Dkt. No. 10); (2) dismiss without prejudice Plaintiff's claims; and (3) direct the Clerk of the Court to close this case.

Neither party objected to the R&R by the deadline When there are no objections to the magistrate's ruling, the appropriate standard of review is "clearly erroneous, abuse of discretion and contrary to law." *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 16) is **ADOPTED**.

For these reasons, Defendant's MTD (Dkt. No. 10) is **GRANTED,** and Plaintiff's claims are **DISMISSED without prejudice.** Any pending motions are **DISMISSED** as moot. The Clerk of the Court is **ORDERED** to close this case.

Signed on this 5th day of February, 2025.

Hon. Rolando Olvera
United States District Judge